# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

**BETTINA GREER, INDIVIDUALLY
AND AS PARENT OF L.K., A MINOR,**

Plaintiff,

CASE NUMBER: 1:14-cv-2658-JDB-egb

v.

**JIM CARLINO AND JT EXPRESS, INC.,**

Defendants.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered in the above-styled matter on 11/30/2015, this case is hereby dismissed with prejudice.  Each party is to bear their own costs.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**